Case 23-03150 Document 3 Filed in TXSB on 09/12/23 Page 1 of 1

United States Courts
Southern District of Texas
FILED

SEP 12 2023

Nathan Ochsner, Clerk of Court

(Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, RYAN MESSNER, certify that service of this summons and a copy of the complaint was made August 30, 2023 by:

(X) Mail service: United States certified mail, postage fully pre-paid, addressed to:

White & Case LLP, Attn: Gregory F. Pesce, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

August 30, 2023

Signature _____

Ryan Messner, Plaintiff, pro se
ryanmessner@hotmail.com
570 Camphor Way
Lexington, KY 40509
859.559.7985

```
            UNITED STATES
            POSTAL SERVICE.
                  LEXINGTON
              1088 NANDINO BLVD
           LEXINGTON, KY 40511-9998
                 (800)275-8777
09/08/2023                              12:29 PM
------------------------------------------------
Product              Qty    Unit        Price
                            Price
------------------------------------------------
Priority Mail®        1                 $9.65
Flat Rate Env
   Chicago, IL 60606
   Flat Rate
   Expected Delivery Date
      Mon 09/11/2023
   Insurance                            $0.00
      Up to $100.00 included
   Certified Mail®                      $4.35
      Tracking #:
         9589 0710 5270 0895 5932 26
   Return Receipt                       $3.55
      Tracking #:
         9590 9402 6280 0274 5695 42
Total                                  $17.55

Priority Mail®        1                 $9.65
Flat Rate Env
   Deerfield, IL 60015
   Flat Rate
   Expected Delivery Date
      Mon 09/11/2023
   Insurance                            $0.00
      Up to $100.00 included
   Certified Mail®                      $4.35
      Tracking #:
         9589 0710 5270 0895 5932 33
   Return Receipt                       $3.55
      Tracking #:
         9590 9402 6280 0274 5695 35
Total                                  $17.55

Grand Total:                           $35.10

Cash                                   $23.00
Credit Card Remit                      $12.10
   Card Name: VISA
   Account #: XXXXXXXXXXXX5592
   Approval #: 008730
   Transaction #: 606
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here: MAIN POST OFFICE, SEP -8 2023, LEXINGTON KY 40511

Nathan Ochsner

Clerk of Court

Bob Casey United States Courthouse

PO Box 61010

Houston, TX 77208

United States Courts
Southern District of Texas
FILED

SEP 12 2023

Nathan Ochsner, Clerk of Court

RE: Summons Certificates of Service Forms - Adversary Proceeding Case No. 23-03150

September 8, 2023

Honorable Nathan Ochsner:

I have enclosed two (2) executed Certificate of Service forms, along with the required backup for each. Please file accordingly, under Adversary Proceeding Case No. 23-03150.

Thank you for your time.

*[signature]*

**Ryan Messner**
Paralegal | Notary Public, State at Large KY | Certified Remote Online Notary (RON)
859.559.7985 | ryanmessner@hotmail.com | www.ron-ky.us