United States Courts
Southern District of Texas
FILED

SEP 12 2023

Nathan Ochsner, Clerk of Court

(Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, RYAN MESSNER, certify that service of this summons and a copy of the complaint was made August 30, 2023 by:

(X) Mail service: United States certified mail, postage fully pre-paid, addressed to:

    Surgalign Holdings, Inc., Attn: Christopher Thunander,
    520 Lake Cook Rd, Suite 315, Deerfield, IL 60015

    ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

    ☐ Residence Service: By leaving the process with the following adult at:

    ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐ Publication: The defendant was served as follows: [Describe briefly]

    ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

August 30, 2023

                                  Signature _____

                                  Ryan Messner, Plaintiff, pro se
                                  ryanmessner@hotmail.com
                                  570 Camphor Way
                                  Lexington, KY 40509
                                  859.559.7985

```
UNITED STATES
POSTAL SERVICE.

         LEXINGTON
     1088 NANDINO BLVD
   LEXINGTON, KY 40511-9998
        (800)275-8777
09/08/2023                    12:29 PM

Product              Qty   Unit    Price
                           Price

Priority Mail®        1             $9.65
Flat Rate Env
   Chicago, IL 60606
   Flat Rate
   Expected Delivery Date
      Mon 09/11/2023
   Insurance                        $0.00
      Up to $100.00 included
   Certified Mail®                  $4.35
      Tracking #:
         9589 0710 5270 0895 5932 26
   Return Receipt                   $3.55
      Tracking #:
         9590 9402 6280 0274 5695 42
Total                              $17.55

Priority Mail®        1             $9.65
Flat Rate Env
   Deerfield, IL 60015
   Flat Rate
   Expected Delivery Date
      Mon 09/11/2023
   Insurance                        $0.00
      Up to $100.00 included
   Certified Mail®                  $4.35
      Tracking #:
         9589 0710 5270 0895 5932 33
   Return Receipt                   $3.55
      Tracking #:
         9590 9402 6280 0274 5695 35
Total                              $17.55

Grand Total:                       $35.10

Cash                               $23.00
Credit Card Remit                  $12.10
   Card Name: VISA
   Account #: XXXXXXXXXXXX5592
   Approval #: 008730
   Transaction #: 606
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

| Certified Mail Fee | $ |
|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here — MAIN POST OFFICE — SEP -8 2023 — LEXINGTON KY 40511-9998

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0895 5492 33

Nathan Ochsner

Clerk of Court

Bob Casey United States Courthouse

PO Box 61010

Houston, TX 77208

*United States Courts*
*Southern District of Texas*
*FILED*
*SEP 12 2023*
*Nathan Ochsner, Clerk of Court*

RE: Summons Certificates of Service Forms - Adversary Proceeding Case No. 23-03150

September 8, 2023

Honorable Nathan Ochsner:

I have enclosed two (2) executed Certificate of Service forms, along with the required backup for each. Please file accordingly, under Adversary Proceeding Case No. 23-03150.

Thank you for your time.

*[signature]*

**Ryan Messner**
Paralegal | Notary Public, State at Large KY | Certified Remote Online Notary (RON)
859.559.7985 | ryanmessner@hotmail.com | www.ron-ky.us