IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

In re: )
)          Chapter 11          OCT 0 4 2023
SURGALIGN HOLDINGS, INC., et al. )
)          Nathan Ochsner, Clerk of Court
)
)
)
)
RYAN MESSNER, )
)
Plaintiff(s), )          Case No. 23-90731
)
)          Adversary Proceeding
v. )          Case No. 23-03150
)
SURGALIGN HOLDINGS, INC., )
)
Defendant(s). )

## MOTION FOR ENTRY OF DEFAULT FINAL JUDGEMENT

Plaintiff(s), RYAN MESSNER, pro se, moves the Court for entry of a default judgment as to defendant SURGALIGN HOLDINGS, INC., upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

On August 11, 2023, RYAN MESSNER filed in the United States Bankruptcy Court, Southern District of Texas, Houston Division, a Complaint alleging failure to disclose information, and for misrepresenting pertinent information investors use to make decisions, in conjunction with §523(a)(2), false pretenses, false representation, and actual fraud. A copy of said Complaint is attached hereto as Exhibit A and is incorporated herein by reference.

On September 8, 2023, a copy of said Complaint and a Summons in a Civil Action were served by the United States Postal Service upon SURGALIGN HOLDINGS, INC., at 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015. A copy of the Process Receipt, USPS E-pad Proof of Delivery letter (Green Return Receipt lost by USPS), and Summons is attached hereto as Exhibit B and is incorporated herein by reference.

On September 8, 2023, a copy of said Complaint and a Summons in a Civil Action were served by the United States Postal Service upon WHITE & CASE LLP, at 111 South Wacker Drive,

Suite 5100, Chicago, Illinois 60606. A copy of the Process Receipt, USPS E-pad Proof of Delivery letter, Green Return Receipt, and Summons is attached hereto as Exhibit C and is incorporated herein by reference.

On September 8, 2023, original Certificate of Service forms for both SURGALIGN HOLDINGS, INC. and WHITE & CASE LLP., were mailed to Nathan Ochsner, Court Clerk, United States Bankruptcy Court, Southern District of Texas, Houston Division. A copy of the Process Receipt, Certificate of Service Forms, and USPS Proof of Delivery is attached hereto as Exhibit D and is incorporated herein by reference.

On October 3, 2023, after 21 calendar days had elapsed since the service of said Complaint and Summons upon defendant, and no Answer thereto having been served by defendant upon RYAN MESSNER, RYAN MESSNER is entitled to judgment by default against defendant, pursuant to Fed.R.Civ.Proc. 55.

Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendant for relief sought by plaintiff in its complaint, and written notice of this action has been given to defendant, and it's counsel.

PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendant.

AFFIDAVIT

I, RYAN MESSNER, do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Exhibits are true and accurate, to the best of my knowledge and belief.

RESPECTFULLY SUBMITTED,

Ryan Messner, Plaintiff, pro se
ryanmessner@hotmail.com
570 Camphor Way
Lexington, KY 40509
859.559.7985

Exhibit A

(Complaint)

United States Courts
Southern District of Texas
FILED

AUG 1 1 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| RYAN MESSNER, | ) | |
| Plaintiff(s), | ) | Case No. 23-90731 |
| | ) | |
| v. | ) | |
| | ) | |
| SURGALIGN HOLDINGS, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## COMPLAINT

Plaintiff(s), RYAN MESSNER, pro se, files this Complaint pursuant to damages resulting from failure to disclose information, and for misrepresenting pertinent information investors use to make decisions, in conjunction with §523(a)(2), false pretenses, false representation, actual fraud, and alleges the following in support of the requested relief:

## JURISDICTION

1. This is an adversary proceeding in which the Plaintiff(s) is seeking Recovery of Money pursuant to FRBP 7001(1), and deny the discharge in bankruptcy of any debtor who has committed any acts of fraud, misrepresentation, deceit, or false pretenses under §523(a)(2).

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(1).

4. Plaintiff has standing to bring this action pursuant to 28 U.S.C. § 157(2)(O).

5. Venue is proper pursuant to 28 U.S.C. § 1409(a) and Local Rules of the United States Bankruptcy Court for the Southern District of Texas.

## BACKGROUND FACTS

6. Fraud by PREVIOUS management has already been established and settled with the SEC "In the Matter of Surgalign Holdings, Inc., et al. Admin. Proc. File No. 3-20945," in which said management shipped orders weeks or months before its customers had originally requested delivery, thereby pulling sales forward from future quarters, to address projected quarterly revenue shortfalls.

The fact remains that CURRENT management of SURGALIGN HOLDINGS, INC. did not disclose this pertinent financial information in a written press release, until AFTER the aforementioned SEC settlement was reached, and a press release was then issued in that regard on August 3, 2022. Why would the CURRENT management choose not to issue a press release in 2020 upon commencement of the merger with PREVIOUS management and their falsified pull-forward scheme, but did choose to issue a press release once they had settled with the SEC?

CURRENT management failed to disclose information, and misrepresented pertinent details investors use to make decisions, as with the complaint issued herein. Plaintiff would not have invested in SURGALIGN HOLDINGS, INC. if all pertinent financial information would have been disclosed by CURRENT management at the time of merger with PREVIOUS management.

Based on these facts, Plaintiff alleges Securities Fraud pursuant to 15 U.S.C. § 78(b) and False and Misleading Statements pursuant to 15 U.S.C. § 78ff.

WHEREFORE, the Plaintiff, RYAN MESSNER, respectfully request(s) that the Court approve the Recovery of Money pursuant to FRBP 7001(1), and deny the discharge in bankruptcy of any debtor who has committed any acts of fraud, misrepresentation, deceit, or false pretenses under §523(a)(2), for such other and further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Ryan Messner, Plaintiff, pro se
ryanmessner@hotmail.com
570 Camphor Way
Lexington, KY 40509
859.559.7985

Exhibit B

(Process Receipt, Return, and Summons)

# UNITED STATES POSTAL SERVICE.

LEXINGTON
1088 NANDINO BLVD
LEXINGTON, KY 40511-9998
(800)275-8777

09/08/2023                                    12:29 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                        $9.65
Flat Rate Env
    Chicago, IL 60606
    Flat Rate
    Expected Delivery Date
       Mon 09/11/2023
    Insurance                                    $0.00
       Up to $100.00 included
    Certified Mail®                              $4.35
       Tracking #:
          9589 0710 5270 0895 5932 26
    Return Receipt                               $3.55
       Tracking #:
          9590 9402 6280 0274 5695 42
Total                                           $17.55

Priority Mail®          1                        $9.65
Flat Rate Env
    Deerfield, IL 60015
    Flat Rate
    Expected Delivery Date
       Mon 09/11/2023
    Insurance                                    $0.00
       Up to $100.00 included
    Certified Mail®                              $4.35
       Tracking #:
          9589 0710 5270 0895 5932 33
    Return Receipt                               $3.55
       Tracking #:
          9590 9402 6280 0274 5695 35
Total                                           $17.55

Grand Total:                                    $35.10

Cash                                            $23.00
Credit Card Remit                               $12.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX5592
    Approval #: 008730
    Transaction #: 606
    AID: A0000000031010            Chip
    AL: VISA CREDIT
    PIN: Not Required

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com*.

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| **Extra Services & Fees** *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☒ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Postmark
Here

SEP - 8 2023

MAIN POST OFFICE
LEXINGTON KY 40511-9998

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

The USPS Green Return Receipt was lost in transit, and never was returned to the sender.

They did, however, provide the attached E-pad Proof of Delivery for tracking # 9589071052700895593233.


**UNITED STATES POSTAL SERVICE**

September 21, 2023

Dear Ryan Messner:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0895 5932 33**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 11, 2023, 12:01 pm |
| **Location:** | DEERFIELD, IL 60015 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 3.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 520 LAKE COOK RD STE 315 |
| **City, State ZIP Code:** | DEERFIELD, IL 60015-4926 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

(Form 2500A) (12/15)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., et al. | ) | Case No. 23-90731 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| RYAN MESSNER, | ) | Adv. Proc. |
| | ) | Case No. 23-03150 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGALIGN HOLDINGS, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk (Correspondence):          Address of the clerk (Overnight Delivery):

Nathan Ochsner                                            Nathan Ochsner
Clerk of Court                                               Clerk of Court
P. O. Box 61010                                             515 Rusk Avenue
Houston, TX 77208                                        Houston, TX 77002

(Form 2500A) (12/15)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney (pro se):

(MAILING Address)                    (PHYSICAL Address)

Ryan Messner                         Ryan Messner
620 Adcolor Drive                    570 Camphor Way
Lexington, KY 40511                  Lexington, KY 40509

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ NATHAN OCHSNER _____ (Clerk of the Bankruptcy Court)

Date: ___SEP 0 1 2023___       By: _____ (Deputy Clerk)

Exhibit C

(Process Receipt, Return, and Summons)

# UNITED STATES
# POSTAL SERVICE®

LEXINGTON
1088 NANDINO BLVD
LEXINGTON, KY 40511-9998
(800)275-8777

09/08/2023                                     12:29 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $9.65 |

Flat Rate Env
  Chicago, IL 60606
  Flat Rate
  Expected Delivery Date
    Mon 09/11/2023

| | | | |
|---|---|---|---|
| Insurance | | | $0.00 |

  Up to $100.00 included

| Certified Mail® | | | $4.35 |
|---|---|---|---|

  Tracking #:
    9589 0710 5270 0895 5932 26

| Return Receipt | | | $3.55 |
|---|---|---|---|

  Tracking #:
    9590 9402 6280 0274 5695 42

Total                                          $17.55

| Priority Mail® | 1 | | $9.65 |
|---|---|---|---|

Flat Rate Env
  Deerfield, IL 60015
  Flat Rate
  Expected Delivery Date
    Mon 09/11/2023

| Insurance | | | $0.00 |
|---|---|---|---|

  Up to $100.00 included

| Certified Mail® | | | $4.35 |
|---|---|---|---|

  Tracking #:
    9589 0710 5270 0895 5932 33

| Return Receipt | | | $3.55 |
|---|---|---|---|

  Tracking #:
    9590 9402 6280 0274 5695 35

Total                                          $17.55

Grand Total:                                   $35.10

Cash                                           $20.00
Credit Card Remit                              $12.10
  Card Name: VISA
  Account #: XXXXXXXXXXXX5592
  Approval #: 008730
  Transaction #: 606
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

SEP -8 2023

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

9589 0710 5270 0895 5673 42

LEXINGTON KY 40511-9998
MANN POST OFFICE


**UNITED STATES**
**POSTAL SERVICE**

September 29, 2023

Dear Ryan Messner:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0895 5932 26**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 12, 2023, 11:11 am |
| **Location:** | CHICAGO, IL 60606 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 111 S WACKER DR STE 5100 |
| **City, State ZIP Code:** | CHICAGO, IL 60606-4418 |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | COV-19 Del to mailbox |
| **Address of Recipient:** | 111 S WACKeR |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike + Case LLP
1153 Walker Drive
Suite 500
Chicago IL 60606

9590 9402 6280 0274 5695 42

2. Article Number

9571 0710 5270 0895 5432 26

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  □ Agent
□ Addressee

B. Received by (Printed Name)      C. Date of Delivery

CASSA WINSE      09-22-23

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
- □ Adult Signature
- ☒ Adult Signature Restricted Delivery
- □ Certified Mail®
- □ Certified Mail Restricted Delivery
- □ Collect on Delivery
- □ Collect on Delivery Restricted Delivery
- □ Insured Mail
- □ Insured Mail Restricted Delivery (over $500)

- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail Restricted Delivery
- □ Signature Confirmation™
- □ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



United States
Postal Service

USPS TRACKING#

° Sender: Please print your name, address, and ZIP+4° in this box°

Bryan Messler
620 Accolon Drive
Lexington KY 46511

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

(Form 2500A) (12/15)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., et al. | ) | Case No. 23-90731 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| RYAN MESSNER, | ) | Adv. Proc. |
| | ) | Case No. 23-03150 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGALIGN HOLDINGS, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk (Correspondence):     Address of the clerk (Overnight Delivery):

Nathan Ochsner                                              Nathan Ochsner
Clerk of Court                                                  Clerk of Court
P. O. Box 61010                                               515 Rusk Avenue
Houston, TX 77208                                          Houston, TX 77002

(Form 2500A) (12/15)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney (pro se):

(MAILING Address)          (PHYSICAL Address)

Ryan Messner              Ryan Messner
620 Adcolor Drive         570 Camphor Way
Lexington, KY 40511       Lexington, KY 40509

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____NATHAN OCHSNER_____ (Clerk of the Bankruptcy Court)

Date: ___SEP 0 1 2023___    By: _____ (Deputy Clerk)

Exhibit D

(Service Completion Proof of Delivery to Court)



**UNITED STATES POSTAL SERVICE**

CPU METJERS HAMBURG
2155 PAUL JONES WAY STE 100
LEXINGTON, KY 40509-9997
(800)275-8777

09/08/2023                          04:43 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Prepaid Mail | 1 | | $0.00 |

    Houston, TX 77208
    Weight: 0 lb 5.70 oz
    Acceptance Date:
       Fri 09/08/2023
    Tracking #:
       9400 1092 0556 8087 4175 76

-----------------------------------

Grand Total:                        $0.00

-----------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
   https://informeddelivery.usps.com

   All sales final on stamps and postage
     Thank you for your business

UFN: 204609-5558
Receipt #: 840-24001425-1-1535902-1
Clerk: 00

*out of service copies*

(Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, RYAN MESSNER, certify that service of this summons and a copy of the complaint was made August 30, 2023 by:

    (X) Mail service: United States certified mail, postage fully pre-paid, addressed to:

        Surgalign Holdings, Inc., Attn: Christopher Thunander,
        520 Lake Cook Rd, Suite 315, Deerfield, IL 60015

    ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

    ⊔ Residence Service: By leaving the process with the following adult at:

    ⊔ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐ Publication: The defendant was served as follows: [Describe briefly]

    ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

August 30, 2023

        Signature _____

        Ryan Messner, Plaintiff, pro se
        ryanmessner@hotmail.com
        570 Camphor Way
        Lexington, KY 40509
        859.559.7985

(Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, RYAN MESSNER, certify that service of this summons and a copy of the complaint was made August 30, 2023 by:

    (X) Mail service: United States certified mail, postage fully pre-paid, addressed to:

        White & Case LLP, Attn:  Gregory F. Pesce, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606

    ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

    ☐ Residence Service: By leaving the process with the following adult at:

    ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐ Publication: The defendant was served as follows: [Describe briefly]

    ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

August 30, 2023

Signature _____

Ryan Messner, Plaintiff, pro se
ryanmessner@hotmail.com
570 Camphor Way
Lexington, KY 40509
859.559.7985

# USPS Tracking®

FAQs ›

Tracking Number:

## 9400109205568087417576

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item has been delivered and is available at a PO Box at 11:07 am on September 11, 2023 in HOUSTON, TX 77208.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**

HOUSTON, TX 77208
September 11, 2023, 11:07 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers