United States Courts
Southern District of Texas
FILED

NOV 16 2023

Nathan Ochsner, Clerk of Court

Nathan Ochsner

Clerk of Court

Bob Casey United States Courthouse

PO Box 61010

Houston, TX 77208


RE: Motion to Quash Certificate of Service Forms - Adversary Proceeding Case No. 23-03150


November 8, 2023


Honorable Nathan Ochsner:


I have enclosed Motion to Quash Certificate of Service completion form, along with the required proof of delivery. Please file accordingly, under Adversary Proceeding Case No. 23-03150.


Thank you for your time.

*[signature]*


**Ryan Messner**
Paralegal | Notary Public, State at Large KY | Certified Remote Online Notary (RON)
859.559.7985 | ryanmessner@hotmail.com | www.ron-ky.us



| US POSTAGE PAID IMI |  | |
|---|---|---|
| 10/17/2023 From 40511 0 lbs 1 ozs Zone 5 | Pitney Bowes CommPrice NO SURCHARGE | 026W0004897692 3001976907 |

### USPS GROUND ADVANTAGE™

Ryan Messner
620 Adcolor Dr
Lexington KY 40511-1844

**0001**

**C002**

VERONICA POLNICK
JACKSON WALKER LLP
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010-1900

### USPS TRACKING #



9400 1092 0556 8870 5643 40

ALERT: ON NOVEMBER 8, 2023, THE TRACKING APPLICATION WILL BE UNAVAILABLE FOR A ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9400109205568870564340

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 10:56 am on October 21, 2023 in HOUSTON, TX 77010.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
HOUSTON, TX 77010
October 21, 2023, 10:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Track Another Package