## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

**IN RE: Surgalign Holdings, Inc. and Official Committee of Unsecured Creditors**

    **Debtor.**

**Case No.: 23–90731**
**Chapter 11**

**Christopher M. Lopez**

**Ryan Messner,**

    **Plaintiff,**

**vs.**

**Adversary No.: 23–03150**

**Surgalign Holdings, Inc.,**

    **Defendant.**

## ORDER SETTING SCHEDULING CONFERENCE

1.  The Court will conduct a scheduling conference pursuant to Rule 16 as made applicable by Bankruptcy Rule 7016 on **1/10/24 at 03:00 PM** in Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002.

2.  The parties shall confer and file a joint report pursuant to Rule 26(f) as made applicable by Bankruptcy Rule 7026 at least 3 business days prior to the scheduling conference.

3.  The parties may agree in a written stipulation to extend the Defendant's answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

4.  If no answer has been filed, the Plaintiff should be prepared to advise the Court of the status of the filing of a motion for default.

Signed and Entered on December 8, 2023 at Houston, Texas.

_____
Christopher M. Lopez
United States Bankruptcy Judge