UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 08, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| IN RE: Surgalign Holdings, Inc. and Official Committee of Unsecured Creditors<br>  Debtor. | Case No.: 23−90731<br>Chapter 11<br><br>Christopher M. Lopez |

Ryan Messner,

   Plaintiff,

vs.                                             Adversary No.: 23−03150

**Surgalign Holdings, Inc.,**

   **Defendant.**

## ORDER SETTING SCHEDULING CONFERENCE

  1.  The Court will conduct a scheduling conference pursuant to Rule 16 as made applicable by Bankruptcy Rule 7016 on **1/10/24 at 03:00 PM** in Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002.

  2.  The parties shall confer and file a joint report pursuant to Rule 26(f) as made applicable by Bankruptcy Rule 7026 at least 3 business days prior to the scheduling conference.

  3.  The parties may agree in a written stipulation to extend the Defendant's answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

  4.  If no answer has been filed, the Plaintiff should be prepared to advise the Court of the status of the filing of a motion for default.

  Signed and Entered on December 8, 2023 at Houston, Texas.

_____
Christopher M. Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Messner,
    Plaintiff

Surgalign Holdings, Inc.,
    Defendant

Adv. Proc. No. 23-03150-cml

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 1
Date Rcvd: Dec 08, 2023      Form ID: oschcnf      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ryan Messner, 570 Camphor Way, Lexington, KY 40509-2535 |
| dft | + | Surgalign Holdings, Inc., 520 Lake Cook Road, Suite 315, Deerfield, IL 60015-4926 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name**      **Email Address**

Veronica Ann Polnick
    on behalf of Defendant Surgalign Holdings Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

TOTAL: 1