IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JAN 04 2024
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., et al. ) | |
| ) | |
| RYAN MESSNER, ) | |
| ) | Case No. 23-90731 |
| Plaintiff(s), ) | |
| ) | Adversary Proceeding |
| v. ) | Case No. 23-03150 |
| ) | |
| SURGALIGN HOLDINGS, INC., ) | |
| ) | |
| Defendant(s). ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Plaintiff's JOINT RULE 26(f) REPORT STATUS has been served as follows:

**Notice by USPS Ground Advantage was sent to the following persons/entities on January 3, 2024:**

Tracking: 9400136105536055096761
Veronica Polnick
Jackson Walker LLP
1401 McKinney St Ste 1900
Houston TX 77010-4037

Tracking: 9400136105536055326141
Gregory F. Pesce
White & Case LLP
111 S Wacker Dr Ste 5100
Chicago IL 60606-4418

Tracking: 9400136105536055118494
Jeffrey P. Nolan
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd # 13
Los Angeles CA 90067-4003

Tracking: 9400136105536055130939
Bradford J. Sandler
Pachulski Stang Ziehl & Jones
919 N Market St # 17
Wilmington DE 19801-3023

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities on January 3, 2024** (*Electronic transmission includes sending notices via email (Email/text and Email/PDF)*):

| | |
|---|---|
| Veronica Ann Polnick | vpolnick@jw.com |
| Jeffrey P. Nolan | jnolan@pszjlaw.com |
| Bradford J. Sandler | bsandler@pszjlaw.com |
| Gregory F. Pesce | gregory.pesce@whitecase.com |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this notice due to an undeliverable address, and previously filed out of date forwarding orders with USPS.**

Surgalign Holdings, Inc., 520 Lake Cook Road, Suite 315, Deerfield, IL 60015-4926

## NOTICE CERTIFICATION

I, Ryan Messner, declare under the penalty of perjury that I have sent the attached document to the above listed persons/entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Ryan Messner