| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03150 |
|---|---|---|---|

| Ryan Messner |
|---|
| *versus* |
| Surgalign Holdings, Inc. |

This lawyer, who is admitted to the State Bar of ____California____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey P. Nolan<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>(310) 277-6910<br>CA/158923 |
|---|---|

Seeks to appear as the attorney for this party:

| Steven Balasrano as Plan Administrator, Defendant |
|---|
| Dated: 1/5/2024    Signed: /s/ Jeffrey P. Nolan |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                                                    United States Bankruptcy Judge