United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90731 |
| **SURGALIGN HOLDINGS, INC.**, *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| **RYAN MESSNER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3150 |
| | § | |
| **SURGALIGN HOLDINGS, INC.,** | § | |
| | § | |
| Defendant. | § | |

### JANUARY 10, 2024 ORDER

For the reasons stated on the record at the January 10, 2024 hearing, it is ordered that:

1. On January 10, 2024, the Defendant shall serve the Plaintiff with a copy of the Motion to Dismiss at Docket No. 5.

2. The Plaintiff shall have until February 13, 2024 to file a response to the Motion to Dismiss.

3. The Court will hold a hearing on February 26, 2024 at 1:00 p.m. (CT) on the Motion to Dismiss.

4. The Motion to Quash filed at Docket No. 7 is mooted by this Order.

Signed: January 10, 2024

_____
Christopher Lopez
United States Bankruptcy Judge