NOTE: my "original" shipment was lost by the US Postal Service, per the tracking attached.

United States Courts
Southern District of Texas
FILED

FEB 09 2024

Nathan Ochsner, Clerk of Court

This is a "duplicate" of my "original" documents.

Please file the enclosed documents on the docket, prior to February 13, 2024 per the Judge's order.

Thank you

*[signature]*

Ryan Messner

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9405536105536238672464

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at our NORTH HOUSTON TX DISTRIBUTION CENTER destination facility on February 7, 2024 at 12:07 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

- Delivered
- Out for Delivery
- Preparing for Delivery
- **Processing at Destination**
  Arrived at USPS Regional Destination Facility
  NORTH HOUSTON TX DISTRIBUTION CENTER
  February 7, 2024, 12:07 am

- In Transit to Next Facility
  February 6, 2024

- Arrived at USPS Regional Origin Facility
  LEXINGTON KY DISTRIBUTION CENTER
  February 5, 2024, 5:05 pm

- Departed Post Office
  LEXINGTON, KY 40511
  February 5, 2024, 5:03 pm

- USPS in possession of item
  LEXINGTON, KY 40511
  February 5, 2024, 11:01 am

- Shipping Label Created, USPS Awaiting Item
  LEXINGTON, KY 40511
  January 29, 2024, 1:04 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ∨ |
|---|---|

| Delivery Instructions | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**